UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK L.H. TUCKER SHARP,<br><br>    Plaintiff<br><br>v.<br><br>GRANITE CONSTRUCTION, et al.,<br><br>    Defendants | Case No.: 3:22-cv-00098-MMD-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff is an inmate within the Washoe County Detention Facility (WCDF). He filed a document seeking an extension of time to file a civil action and pay the filing fees. (ECF No. 1-1.)

On February 28, 2022, the court issued an order denying Plaintiff's request to extend the time to file a civil action and pay the fees. The court ordered Plaintiff to pay the filing fee or file a completed application to proceed *in forma pauperis* (IFP) and financial certificate, and file a complaint within 30 days. Plaintiff was cautioned that failure to timely comply with the order would result in dismissal of his action without prejudice. (ECF No. 3.) Plaintiff paid the filing fee on March 7, 2022; however, he has not filed a complaint. Therefore, this action should be dismissed without prejudice, and the case should be administratively closed.

### RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order that this action be **DISMISSED WITHOUT PREJUDICE** and administratively close the case.

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: April 6, 2022

_____
Craig S. Denney
United States Magistrate Judge