UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK L.H. TUCKER SHARP,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>GRANITE CONSTRUCTION, et al,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-00098-ART-CSD<br><br>ORDER |

　　　On June 14, 2023, the Court filed a minute order (ECF No. 9) informing Plaintiff Mark L.H. Tucker Sharp ("Sharp") that this action would be dismissed without prejudice if Sharp did not file his current address with the Court on or before June 23, 2023. Sharp failed to do so.

　　　It is therefore ordered that this action is dismissed without prejudice for failure to comply with LR IA 3-1 and ECF No. 9.

　　　The Clerk of Court is respectfully directed to close this case.

　　　DATED THIS 29th day of June 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE